Evan J. Smith, Esquire (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona, Esquire (SBN 302113)
rcardona@brodskysmith.com
BRODSKY & SMITH, LLC
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160

*Attorneys for Plaintiff*

```
                    FILED
            CLERK, U.S. DISTRICT COURT

              September 26, 2018

         CENTRAL DISTRICT OF CALIFORNIA
         BY:_____VPC_____ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA LARES,<br><br>             Plaintiff,<br><br>vs.<br><br>NET SHAPES, INC.,<br><br>             Defendant. | Case No. 5:17-cv-00625-SJO-MRW<br><br>**ORDER ENTERING PARTIES' STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed: March 31, 2017 |

And Now, to wit, upon consideration of the Parties' previously filed Stipulation to Dismiss Case Pursuant to FRCP 41(a)(1) With Prejudice [Docket Number 26], it is hereby ORDERED that the Stipulation to Dismiss with Prejudice is ENTERED and that this matter is Dismissed With Prejudice.

**IT IS SO ORDERED.**

       9/26/18
Dated: _____        BY THE COURT:

                             *S. James Otero*
                             _____
                             HONORABLE S. JAMES OTERO
                             UNITED STATES DISTRICT COURT JUDGE

-1-
[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO DISMISS WITH PREJUDICE